BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
HEATHER MARDEL JONES
Assistant United States Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

Attorneys for
THE UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00197-LJO |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| RAMON GRAVELO QUINTERO, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, on May 20, 2014, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), forfeiting to the United States all right, title, and interest of defendant Ramon Gravelo Quintero in the following property:

    a.   Approximately $13,315.00 in U.S. Currency.

AND WHEREAS, beginning on May 31, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to

adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Ramon Gravelo Quintero.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **August 20, 2014**           /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE